[No. 45383-5-II.   Division Two.   February 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S. VAUGHN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00482-0, Amber L. Finlay, J., entered September 9, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[No. 45433-5-II.   Division Two.   February 18, 2015.]

TOM MOYER THEATRES, *Respondent*, v. MICHAEL J. WALKER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-2-03671-7, Barbara D. Johnson, J., entered September 6, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Lee, JJ.

[No. 45473-4-II.   Division Two.   February 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANARA SOEUN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01061-7, James R. Orlando, J., entered October 4, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 45502-1-II.   Division Two.   February 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES NATHANIEL PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-1-00211-7, Keith C. Harper, J., entered October 11, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Lee, J.